IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RALPH EDWARD SHANNON,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                      12-cv-163-wmc

UNITED STATES PROBATION
DEPARTMENT,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed *in forma pauperis* on his denial of right to due process claim against the defendant and dismissing this case.

_Peter Oppeneer_                                12/11/12

Peter Oppeneer, Clerk of Court                    Date